**FILED & ENTERED**

MAR 28 2023

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch    DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No.: 6:22-bk-13993-WJ |
| AUTUMN NOELLE HOLDEN, | CHAPTER 13 |
| Debtor. | **SCHEDULING ORDER SETTING STATUS CONFERENCE FOR APPEARANCES BY VIDEO** |
| | Status Conference:<br>Date:   June 6, 2023<br>Time:   10:00 a.m.<br>Ctrm.:  None (Video hearing) |

- 1 -

1      A status conference occurred in this case on March 27, 2023 at 3:30 p.m. and was
2 continued to June 6, 2023 at 10:00 a.m.  The continued status conference is scheduled to occur in
3 courtroom 304 in-person.  However, in order to make the status conference more convenient for
4 the parties involved, the Court intends to proceed with the status conference by video.
5 Instructions for participating by video are included below.
6      Therefore, the Court hereby ORDERS as follows:
7      1.    The status conference set for June 6, 2023 at 10:00 a.m. shall occur by video.  All
8 debtors need to appear and they need a copy of their confirmation order available for review
9 during the status conference.  Counsel for the debtors shall (a) provide a copy of the entered
10 confirmation order to the debtors, (b) provide the debtors with a copy of this order and (c) confer
11 with the debtors to ensure they understand the procedures for the status conference (especially the
12 provisions of paragraph 12 below).
13      2.    The status conference will not be held physically in a courtroom.  Instead, the
14 Court will conduct the hearing remotely, using ZoomGov video technology.  Individuals will not
15 be permitted access to the courtroom.
16      3.    The following is the unique ZoomGov connection information for this hearing:

   Meeting URL:    https://cacb.zoomgov.com/j/1610350073
   Meeting ID:     161 035 0073
   Password:       623659

      4.    Debtors, counsel, hearing participants and members of the public may participate
in or observe the hearing using ZoomGov, free of charge.
      5.    Appearances by telephone (i.e. by CourtCall or otherwise) will not be possible.
      6.    Instead, individuals may connect by ZoomGov video using a personal computer
(equipped with camera, microphone and speaker), or a handheld mobile device with an integrated
camera, microphone and speaker (such as an iPhone, iPad, Android phone or Android tablet).
The connection can be initiated by entering the "Meeting URL" (listed above) into a web browser

on any of these devices, provided the device is connected to the Internet. Individuals connecting in this manner will be prompted for the Meeting ID and Password shown above.

7. Participants must connect to the meeting and check-in at least 10-15 minutes prior to the start time. Late participants will not be able to attend the status conference.

8. Neither a Zoom nor a ZoomGov account is necessary to participate in or observe the hearing, and no pre-registration is required.

9. The audio portion of the hearing will be recorded electronically by the Court and constitute its official record. The video portion of the hearing will not be recorded or preserved.

10. All persons are strictly prohibited from taking pictures or making any recording of court proceedings, whether by video, audio, "screenshot," or otherwise. Violation of this prohibition may result in the imposition of monetary and non-monetary sanctions.

11. More information on using ZoomGov to participate in this hearing is available on the Court's website at the following web address: https://www.cacb.uscourts.gov/node/7890.

12. Please remember that this is a court hearing. Therefore, all parties must treat it with the normal decorum and attention that they would if they appeared physically in the courtroom. This means (among other things) that all parties must give the hearing their full attention. No parties appearing by video may be engaged in any other activities during the hearing such as driving, working, exercising, watching television, etc. Parties may not attend the hearing by video from inappropriate places such as restaurants, pools, beaches or any other similar public places. All parties should utilize a quiet room in which they will not be disturbed or interrupted by any other people. All parties should dress in courtroom attire. Parties who do not abide by these requirements will not be able to appear by video and (instead) will need to appear in court in person at a later date.

13. If appearing by video using these procedures is problematic, counsel for the debtors should (a) file a declaration explaining as much at least a week prior to the hearing and (b) review the court's posted calendar the day before the hearing.

14. As always, counsel for the debtors should review the court's posted calendar the day before the hearing. In some instances, the Court posts rulings or information in advance of hearings.

IT IS SO ORDERED.

###

Date: March 28, 2023

_____
Wayne Johnson
United States Bankruptcy Judge