B 2100A (Form 2100A) (12/15)

# United States Bankruptcy Court
## CENTRAL DISTRICT OF CALIFORNIA (RIVERSIDE)

In re: <u>AUTUMN NOELLE HOLDEN</u>　　　　　　　　　　Case No.: <u>6:22-BK-13993-WJ</u>

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| CMG Mortgage, Inc. | HomeBridge Financial Services, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

ServiceMac, LLC
9726 Old Bailes Road, Suite 200
Fort Mill, SC 29707

Court Claim # (if known):  10
Amount of claim:  $508,386.84

Date Claim Filed:  12/30/2022

Phone:
Last Four Digits of Acct #:  2595

Phone:
Last Four Digits of Acct #:  2595

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:  2595

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  <u>/s/ Christina J. Khil</u>　　　　　　　Date: May 16, 2023
　　　Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.