| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Rabin J. Pournazarian, Bar No. 186735<br>Price Law Group, APC<br>6345 Balboa Blvd., Suite 247<br>Encino, CA 91316<br>Telephone: 818-995-4540<br>Facsimile: 818-995-9277<br>rabin@pricelawgroup.com<br><br>☐ *Debtor appearing without attorney*<br>☒ *Attorney for:* Debtor<br>☐ *Chapter 13 trustee* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JUL 31 2023**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY hawkinso DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION**

| In re:<br><br>AUTUMN HOLDEN,<br><br>                    Debtor. | CASE NO.: 6:22-bk-13993-WJ<br><br>CHAPTER: 13<br><br>**ORDER ON DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY** |
|---|---|

      On July 7, 2023, the debtor filed a motion to sell real property (docket entry number 44) and the trustee has filed comments regarding that motion. ServiceMac LLC has also filed comments regarding the motion. No one has filed opposition to the motion and the deadline to do so has passed. The debtor has not filed a request for a hearing regarding any comments and, instead, has uploaded an order granting the motion with terms consistent with the comments of the trustee and ServiceMac LLC.

      Accordingly, the motion is hereby granted on the following conditions: (1) immediately upon the close of escrow the debtor shall provide the trustee with a final closing statement showing all liens paid off through escrow and the trustee is authorized to stop payments on such claims, (2) the debtor shall instruct escrow to turn over $75,000 to the trustee (the balance of any net proceeds in excess of the trustee's demand may be paid to the debtor) and (3) the trustee is authorized to take his statutory fee on secured and priority debts paid through escrow. The moving party did not request to sell the property free and clear of any liens pursuant to section 363(f) (or otherwise) and, therefore, this order does not remove any liens from the property. Any liens against the property shall be resolved in the normal manner governing sales that occur outside of bankruptcy.

IT IS SO ORDERED.

Date: July 31, 2023

                                                             */s/ Wayne Johnson*
                                                             Wayne Johnson
                                                             United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*        Page 1        **F 3015-1.14.ORDER.CH13.GENRL**